**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| **SARAVOOT SIRIYUTWATANA,** ) | |
| **NENITA SIRIYUTWATANA,** ) | |
| **MICHAEL SIRIYUTWATANA,** ) | |
| **GARY L. BIENVENU, JR. and** ) | |
| **BEHDAD AHMADI,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **NO. 08-00797** |
| ) | **JURY DEMAND** |
| **1ST DISCOUNT BROKERAGE, INC.** ) | |
| **and DONNA L. JONES,** ) | |
| ) | |
| **Defendants.** ) | |

**PROPOSED ORDER**

This cause came to be heard upon Plaintiffs' Motion to Dismiss filed on June 8, 2009.

For good cause shown, this Court is of the opinion that the Motion is well-taken and therefore is

granted. In particular, the Court orders:

1.      The motion to dismiss with prejudice as to Defendant 1st Discount

        Brokerage, Inc. is granted;

2.      The motion to dismiss without prejudice as to Defendant Donna L. Jones

        is granted;

3.      Plaintiffs are not required to file a contemporaneous Memorandum of Law

        in support of the Motion.

4.      Court costs are taxed against Plaintiffs for which execution may issue, if

        necessary.

It is so Ordered.

Enter this 30th day of June, 2009.

ROBERT L. ECHOLS
United States District Judge

**APPROVED FOR ENTRY:**

/s/ Perry A. Craft
Perry A. Craft, BPR No. 6056
Michael G. Sheppard, BPR No. 19868
**CRAFT & SHEPPARD, P.L.C.**
214 Centerview Drive, Suite 233
Brentwood, TN 37027
Telephone: (615) 309-1707
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been filed electronically with the Middle District of Tennessee, and notice of this filing should be sent by operation of the Court's electronic filing system, OR sent by United States mail, first class, postage prepaid, on this 8th day of June, 2009, to:

Matthew J. Sweeney, Esq,
Randall S. Mashburn, Esq.
Michael G. Hoskins, Esq.
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
Commerce Center
211 Commerce Street, Suite 1000
Nashville, TN 37201

Timothy V. Potter, Esq.
Reynolds, Potter, Ragan
& Vandivort, PLC
210 E. College Street
Dickson, TN 37055

s/ Perry A. Craft
Perry A. Craft

2